**THE HONORABLE JAMES L. ROBART**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WEDGEWOOD COURT III ASSOCIATES LLC, a Washington limited liability company,<br><br>Defendant. | Case No. 2:19-cv-00110<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**FEBRUARY 25, 2019** |

Plaintiff Carmen John Perri ("Plaintiff") and defendant Wedgewood Court III Associates, LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate to a 30-day extension of the time for Defendant to answer or otherwise respond to the Complaint [Dkt. No. 1] to further facilitate the prospect of settlement discussions.

The Parties hereby submit that good cause exists for extension of the time for Defendant to answer or otherwise respond to the Complaint, as follows.

1.    Plaintiff filed the Complaint on January 24, 2019.

2.    Defendant received the Summons and Complaint on February 7, 2019.

3.    If properly served, Defendant's response to the Complaint is due on February 28, 2019, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i).

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 1

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

4.      Plaintiff has made a settlement demand, and, to allow Defendant the opportunity to consider the settlement demand, the parties have agreed to a 30-day extension of the deadline for Defendant to respond to the Complaint, to a new deadline of April 1, 2019. The parties agree that the requested extension would facilitate such discussions, by allowing more time before Defendant undertakes the expense of preparing a response to the Complaint.

RESPECTFULLY SUBMITTED this February 25, 2019

/s/ Kit W. Roth
Kit W. Roth, WSBA No. 33059
/s/ R. Omar Riojas
R. Omar Riojas, WSBA No. 35400
**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
E-mail: roth@goldfarb-huck.com
           riojas@goldfarb-huck.com

Attorneys for Defendant


/s/ Dan. N. Fiorito
Dan N. Fiorito, WSBA No. 34009
**THE LAW OFFICE OF DAN N. FIORITO III**
844 NW 48th St.
Seattle, Washington 98107
PHONE: 206-299-1582
FAX: 206-770-7590
Email: dan@danfiorito.com

Attorney for Plaintiff

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 2

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation, IT IS SO ORDERED. |
| 3 | Dated this 26ᵗʰ day of Feb., 2019 |
| 4 | |
| 5 | |
| 6 | James L. Robart |
| 7 | United States District Court Judge |

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 3

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

DATED this February 25, 2019.

*/s/ Kit W. Roth*
Kit W. Roth, WSBA No. 33059

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 4

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260