**THE HONORABLE JAMES L. ROBART**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WEDGEWOOD COURT III ASSOCIATES LLC, a Washington limited liability company,<br><br>Defendant. | Case No. 2:19-cv-00110-JLR<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT AND INITIAL SCHEDULING DATES<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**March 14, 2019** |

Plaintiff Carmen John Perri ("Plaintiff") and defendant Wedgewood Court III Associates, LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate to a second 30-day extension of the time for Defendant to answer or otherwise respond to the Complaint [Dkt. No. 1] to further facilitate settlement discussions. The parties also request that the Court reset the deadline for the parties to exchange Initial Disclosures pursuant to FRCP 26(a)(1) to May 10, 2019 and reset the deadline for the parties to submit a combined Joint Status Report and Discovery Plan to May 17, 2019.

The Parties hereby submit that good cause exists for extensions of the time, as follows.

1.   Plaintiff filed the Complaint on January 24, 2019.

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES - 1
CASE NO. 2:19-CV-00110-JLR

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

2. Defendant received the Summons and Complaint on February 7, 2019.

3. Plaintiff made a settlement demand, and, to allow Defendant the opportunity to consider the settlement demand, the parties agreed to a 30-day extension of the deadline for Defendant to respond to the Complaint, to a new deadline of April 1, 2019.

4. The Court granted the parties' stipulated motion and extended the deadline for Defendant to respond to the Complaint to April 1, 2019. *See* Dkt. No. 8.

5. Per the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement [Dkt. No. 9], the deadline for the parties to exchange Initial Disclosures is March 28, 2019 and the deadline for the parties to submit a combined Joint Status Report and Discovery Plan is April 4, 2019.

6. The parties have made progress in their discussions regarding potential resolution of this matter, and the parties agree that the requested extensions would facilitate such discussions, by allowing more time before Defendant undertakes the expense of preparing a response to the Complaint and before both parties undertake the expense of preparing Initial Disclosures and a combined Joint Status Report and Discovery Plan.

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES - 2
CASE NO. 2:19-CV-00110-JLR

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

RESPECTFULLY SUBMITTED this March 14, 2019

/s/ Kit W. Roth
Kit W. Roth, WSBA No. 33059
/s/ R. Omar Riojas
R. Omar Riojas, WSBA No. 35400
**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
E-mail: roth@goldfarb-huck.com
           riojas@goldfarb-huck.com

Attorneys for Defendant

/s/ Dan. N. Fiorito
Dan N. Fiorito, WSBA No. 34009
**THE LAW OFFICE OF DAN N. FIORITO III**
844 NW 48th St.
Seattle, Washington 98107
PHONE: 206-299-1582
FAX: 206-770-7590
Email: dan@danfiorito.com

Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated this 18th day of March, 2019

James L. Robart
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES - 3
CASE NO. 2:19-CV-00110-JLR

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

DATED this March 14, 2019.

/s/ Kit W. Roth
Kit W. Roth, WSBA No. 33059

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES - 4
CASE NO. 2:19-CV-00110-JLR

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260